OCT 20 2021 PM 8:30
FILED - USDC - BPT - CT

To the Honorable                                    10-11-2021
Stefan R. Underhill
Docket #: 3-17-CR-151 (SRU)

I hope this letter finds you and your family in the best of health. My name is Rufus A. Howell #16633-014

As it stands I'm in Appeal Court going through the process for my Compassionate Release. Recently I've been talking with my family concerning my health and my case. And I realize the situation I put not only myself but my family as well. My mother feels I should write you a letter and explain how I feel and were I'm at with myself. "I agree."

I swear I had to read your "Order and Ruling on Motion For Release" a thousand times and had a thousand mix feelings/emotions. One would say I'm still not taking responsibility however I feel misunderstood. I feel I'm judged "alot" on my past convictions on the things I did do verse the things I didn't do, And to be honest by good right...

In Jan. 2018 you did something that never been given to me before "A Chance." You granted me bond, Yet and still you made it very clear the chance your taking on me and what your exspection you expect from me. Till this day I'm still grateful for that...

In 2010 I was release from jail and for the most part I stay out of criminal activity besides motorvehicle cases, 7 years until I caught the federal case. All I can say is I was going through alot and made wrong decisions. Being back in jail after being home so long with my kids almost kill me them 6

months in Wyatt. I honestly thought it was over for me until you gave me a chance. That really open my eyes and made me see what I had to loss. I went home and went hard by not only getting 1 job but 2 and I felt good about myself. My family was also proud...

I remember going to court for my sentencing and all could think is all the positive things I've done and what you would think about my achievements. On top of that my lawyer was telling me and my family that I should get under 60 months due to the fact when I had worst charges prosecution only wanted 60 months but now that my 924(c) was drop to a 922(g) and the 40 grams that was once said to be cocaine but was just powder substance was drop he figure I would and should have be good. So Imagine how shook and confuse I was when I was sentence to 66 months. I felt hurt and honestly felt humiliated. I felt down at the moment but I didn't give up...

I notice in your Order and Ruling on Motion For Release you mention "Even if Howell could establish extraordinary and compelling reasons, you would still have difficulty ordering my release because you cannot conclude that T/Howell would not post a danger to the safety of any other person or to the community." However Your Honor, Am I not the same person that was release on bond for 13 months 9 months without a bracelet or no real supervision and successfully turn myself into jail after my sentence. So what change?

Before I came to jail I was not aware of me having CKD- Chronic Kidney Disease stange 3. I'm currently under 2 different types of medication. After 15 months of waiting to go the hospital I went actually today 10-12-2021. They are going to run more test on me but as it stand it's not going down but I been warn not to catch a intetion because my kidney can't afford it. All this is new to me and I'm man enough to say I worry at times...

Your Honor, I'm no Angel nor am I a monster I made mistakes and I try to learn from them. My plan when I get home is to re-connect with my kids and to finish up with my CDL, I just got me GED this past March 2021 so I'm looking forward to a brighter future. I really want to move out of Connecticut and start over that's my end plan...

I say all this to say, It's my understanding immediate release isn't something your comfortable with (At the time being.) however would you consider giving 12 months off my sentence. This won't give me immediate release but it will give me hope to not only get home to my family, kids but also be able to tend to my health on my own sooner order then later. I wrote you back in November 7, 2019 asking to get my time credited that I was out on bond which is a little over 13 months. At the time you stated you didn't have the authority to do so but since then the First Step Act law have taken plus given you the

Page 4

Authority to do so now through Compassionate Release. I humbly ask that you could consider my request. You took a chance on me before And I didn't let you down.

Thank You For Your Time And Help...

Rufus D/ll
2021

Every Sinner has a Future...
And every Saint has a past....



## United States District Court
DISTRICT OF CONNECTICUT

Chambers of Stefan R. Underhill
United States District Judge
(203) 579-5714

Brien McMahon Federal Building
915 Lafayette Blvd.
Bridgeport, Connecticut 06604
Fax: (203) 579-5704

November 21, 2019

Rufus Howell, # 16633-014
Ray Brook Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 900
Ray Brook, New York 12977

Re: *United States v. Howell*, 17-cr-151 (SRU)

Dear Mr. Howell:

Thank you for your November 7, 2019 letter updating me on your recent accomplishments and requesting that I credit certain time toward your sentence. Unfortunately, I do not have the authority to grant the credit you seek. That function lies with the Bureau of Prisons.

I am pleased to see that you are doing well and hope that your remaining time in prison passes quickly.

Sincerely,

Stefan R. Underhill
United States District Judge