Rufus Howell #16083-014
Docket # 21-1509
D.C. Docket # 3:17-CR-151-1

NOV 19 2021 PM2:31
RCVD - USDC - BPT - CT
FILED

To whom this may concern

  I am writing to inform the court that unfortunately I'm currently housed in the SHU (Special Housing Unit) for a 108, possession of a hazardous tool (cellphone). I am taking it upon myself to explain my situation so that the court can better understand what's going on. On 4-20-21 a text message was sent to two numbers that I was in contact with, one being my mother, and the other being a female friend of mine. However, I was not the one who sent the messages to either of the numbers that was sent in the middle of the night at 2:38 AM, and 2:40 AM. For these two reasons it is impossible for me to have sent these messages; reason number one being I was never in possession of a cellphone, reason number two being, as I stated earlier in the letter, one of the numbers is my mother and the other is a female friend of mine who both are people whom I am in constant contact with. Both numbers have been changed for some time now surely before 4-20-21 when those text messages were sent, do to some disturbing messages being received. Point being, me as a person who is in constant contact with these two individuals wouldn't send a message to a number that I know is disconnected. Not only did my family notify my unit manager (Mr. Smith), I to informed my Counselor (Mr. Porter) of these messages to my family that was sent. 2-3 months prior to 4-20-21, I informed my Councelor (Mr. Porter) that my address/phone book was missing from my property when someone other than the

unit officer packed my property for an incident I was placed in the SHU for at the time. With that being said, on 5-31-21 a cellphone was found in the mop closet, which the prison in turn sent it to Central Office Digital forensics Unit Extraction. 9-2-21, SIS was informed of the situation that I am currently in the SHU for. Subsequently, my unit manager or my counselor does'nt want to acknowledge that I've informed them of the situation. If I might add, the messages that was sent to my mother and friend was not seen/quoted in my incident report because you cannot send a message to a phone that is disconnected. So as it stands, I am appealing my incident report that I am currently in the SHU for. Thank you for your time.

I felt the need to inform the court of my status do to my case currently awaiting a decision

Sincerely, Rufus Howell

C.C.
Judge Stefan R. Underhill
United States District Court U.S. (Clerk Office)
Sandra Slack Glover AUSA
United States Court of Appeals (Clerk office)
Debra Ann Livingston (Chief Judge of Appeal)

Rufus Howell #16633-014
FCI Danbury
33½ Pembroke Rd.
Danbury, CT. 06811

WESTCHESTER NY 105

17 NOV 2021 PM 2 L



Office of the Clerk
United States District Court
U.S. Courthouse
915 Lafayette Blvd.
Bridgeport, CT. 06604

06604-476899