# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO.: 3:17-CR-151(SRU) |
| VS. | |
| RUFUS HOWELL | : JANUARY 19, 2022 |

## MOTION TO FILE B.O.P. MEDICAL RECORDS UNDER SEAL

Rufus Howell, by and through undersigned counsel, respectfully requests permission of the Court to file BOP medical records submitted in support of his sentence reduction motion and related memorandum under seal. These records contain highly personal and sensitive medical information. Copies will be provided to government's counsel.

        Respectfully Submitted,
        THE DEFENDANT,
        RUFUS HOWELL
        BY: ___/s/_____
        STEVEN B. RASILE
        681State Street
        New Haven, CT 06511
        Tel(203) 777-7755
        Bar Id No.: ct23228
        Steve@zandc-law.com

## CERTIFICATION

Pursuant to the Court's designation of this matter as an electronically filed case, and in accordance with the requirements for certification of service in such cases, the undersigned certifies that the foregoing document was filed electronically on the 19th day of January 2022. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        BY: ___/s/*Steven B. Rasile*_____
        Steven B. Rasile