8-14-2022
Rufus Howell #16633-014
Case: 3:17-CR-00151-SRU

AUG 17 2022 AM 10:36
RCV'D - USDC - BPT - CT

To The Honorable:
Judge Stefan R. Underhill,

I'm writing in regards of a issue concerning my PSI. In my PSI paragraph 56 it's states something of the effect, about my having 19 points in which sounded as if I have 19 conviction under there 19 points due to the change furthermore adding cases such as Driving without a lic or "any" case that don't hold merit as well as cases over 20 years ago.

(These issue was not only brought up at my bond hearing but my sentencing as well (Cases over 15-20 years ago.))

I say all that to say: Last year a First Step Act law was pass that give inmate the chance to earn good time by programming among other things, If your Eligible. I Your Honor is one of them inmates that's eligible for this credit. Last week my case manager inform me that I have a High Recidivism and can not earn the FSA credit or moreso get the time off yet due to they are not on Medium or High Recidivism inmates at the time.

I ask my case manger how am I a High Recidivism and I was told due to what was put in my PSI stated me having 19 points and how she stated my criminal history as well as not stated. Meaning that she left out the part that 90% of my charges are from the 90's (Over 20 years ago) and the fact I was home with no probation for almost 10 years.

Your Honor Im suppose to be home right now. I have the hours and program needed, I'm down to my last 10-11 months. As you are aware I suffer from Stage 3 Chronic Kidney Disease and I can be home getting the help I need not just want.

As it stands Your Honor, I'm still waiting on a decision on my Compassionate Release Motion and I'm asking Your Honor Underhill to take into consideration all of my update.
On August 11, 2022 probation did a home visit and my address was approval. I'm asking your honor to release my so I can get proper medical attention. I also have suitible employment waiting. With this letter I enclosed a copy of my Summary Reentry Plan - Progress Report so you'll be able to see what I say is true concerning the FSA as well as seeing my success with me getting my GED.

Thank you for your time. God Bless...

Humbly Submitted,

8/14/22



| | **Summary Reentry Plan - Progress Report** | SEQUENCE: 00299849 |
|---|---|---|
| | Dept. of Justice / Federal Bureau of Prisons | Report Date: 04-13-2022 |
| | Plan is for inmate: HOWELL, RUFUS  16633-014 | |



| Facility: | ALM ALLENWOOD MED FCI | Custody Level: | IN |
|---|---|---|---|
| Name: | HOWELL, RUFUS | Security Level: | MEDIUM |
| Register No.: | 16633-014 | Proj. Rel Date: | 07-28-2023 |
| Quarters: | C04-224U | Release Method: | GOOD |
| Age: | 44 | DNA Status: | FAI01543 / 07-07-2008 |
| Date of Birth: | 08-26-1977 | | |

## Contact Information

**Release contact & address**
GWENDELYN ALLEN, MOTHER
49 BROWN ST, EAST HARTFORD, CT 06118 US
Phone (mobile): ▓▓▓▓▓▓▓▓▓▓

## Offenses and Sentences Imposed

| Charge | Terms In Effect |
|---|---|
| 18:922(G)(1) & 924(A)(2) UNLAWFUL POSSESSION OF A FIREARM BY A CONVICTED FELON CT-1; 21:841(A)(1) & (B)(1)(C) POSSESSION WITH INTENT TO DISTRIBUTE HEROIN CT-2 | 66 MONTHS |

Date Sentence Computation Began:   02-20-2019
Sentencing District:   CONNECTICUT

| Days FSGT / WSGT / DGCT | Days GCT or EGT / SGT | Time Served | + Jail Credit  - InOp Time |
|---|---|---|---|
| 0 /    0 /   122 | 54 | Years: 3 Months: 11 Days: 6 | +200   JC  - 0   InOp |

## Detainers

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

## Program Plans

Inmate Howell was received at FCI Allenwood on March 22, 2022, as a Greater Security Transfer. At his initial classification, it was recommended he complete the Anger Management class, and the Traumatic Stress and Resilience class offered by the Psychology Department. He was encouraged to maintain family and community ties. Finally, he was encouraged to maintain clear conduct and unit and cell sanitation standards.

## Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 03-29-2022 |
| N-ANGER Y | NEED - ANGER/HOSTILITY YES | 04-12-2022 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 04-12-2022 |
| N-COGNTV N | NEED - COGNITIONS NO | 04-12-2022 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 05-29-2021 |
| N-EDUC N | NEED - EDUCATION NO | 04-12-2022 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 04-12-2022 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 04-12-2022 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 04-12-2022 |
| N-MEDICL Y | NEED - MEDICAL YES | 04-12-2022 |
| N-RLF Y | NEED - REC/LEISURE/FITNESS YES | 04-12-2022 |
| N-SUB AB Y | NEED - SUBSTANCE ABUSE YES | 04-12-2022 |
| N-TRAUMA Y | NEED - TRAUMA YES | 04-12-2022 |
| N-WORK Y | NEED - WORK YES | 04-12-2022 |
| R-HI | HIGH RISK RECIDIVISM LEVEL | 04-12-2022 |

## FSA Comments

Inmate Howell is High recidivism risk level, who is currently eligible to earn Federal Time Credits. He has been reviewed with the following needs areas: Anger/Hostility, Rec/Leisure/Fitness, Substance Abuse, Trauma, and Work. It was recommended he participate in the Anger Management class to address his Anger/Hostility need.

## Current Work Assignments



## Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: HOWELL, RUFUS  16633-014

SEQUENCE: 00299849
Report Date: 04-13-2022

| Facl | Assignment | Description | Start |
|------|------------|-------------|-------|
| ALM  | A&O COMP   | COMPLETED A&O | 03-29-2022 |

### Work Assignment Summary

During his incarceration, he has held positions in the following departments: Correctional Services, and Unit Management.

### Current Education Information

| Facl | Assignment | Description | Start |
|------|------------|-------------|-------|
| ALM  | ESL HAS    | ENGLISH PROFICIENT | 07-26-2006 |
| ALM  | GED HAS    | COMPLETED GED OR HS DIPLOMA | 03-03-2021 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---------|--------|-------------|-------|------|
| ALM   |   | BEHAVIOR MODIFICATION | 07-03-2022 | CURRENT |
| DAN M | W | GED PRE 2 9:30-11 | 01-22-2021 | 03-03-2021 |
| RBK   | W | GED ENGLISH 9:30-11:30, X4163 | 10-01-2019 | 09-08-2020 |
| RBK   | C | VICTIM AWARENESS & RESTITUTION | 02-24-2020 | 03-31-2020 |
| RBK   | C | ANGER MANAGEMENT | 01-06-2020 | 02-14-2020 |
| RBK   | W | PARENTING PROGRAM PART 1 | 10-01-2019 | 12-12-2019 |
| RBK   | W | PERSONAL CREDIT | 10-02-2019 | 11-26-2019 |
| RBK   | C | MAN-UP- GROWTH & PERS. CHANGE | 08-12-2019 | 11-07-2019 |
| RBK   | C | FUNDAMENTALS OF SCI & PHYSICS | 07-16-2019 | 10-02-2019 |
| RBK   | C | PARENTING PROGRAM PART 2 | 07-16-2019 | 09-11-2019 |

### Education Information Summary

Inmate Howell received his GED during this term of incarceration. He has completed a number of educational and wellness classes during this term of incarceration.

### Discipline Reports

| Hearing Date | Prohibited Acts |
|--------------|-----------------|
| 10-21-2021   | 108 : POSSESSING A HAZARDOUS TOOL |
| 01-07-2021   | 224 : ASSAULTING W/O SERIOUS INJURY |
| 04-29-2010   | 200 : ESCAPE-RETURN WITHIN 4 HOURS |
| 11-19-2008   | 307 : REFUSING TO OBEY AN ORDER |

### Discipline Summary

Inmate Howell has maintained clear conduct since October 21, 2021. He was sanctioned for Possessing a Hazardous Tool, Code 108, on October 21, 2021; and Assaulting without Serious Injury, Code 224, on January 7, 2021.

### ARS Assignments

| Facl | Assignment | Reason | Start | Stop |
|------|------------|--------|-------|------|
| ALM   | A-DES | TRANSFER RECEIVED | 03-22-2022 | CURRENT |
| DAN M | A-DES | OTHER AUTH ABSENCE RETURN | 02-23-2022 | 03-09-2022 |
| DAN M | A-DES | OTHER AUTH ABSENCE RETURN | 11-18-2021 | 02-23-2022 |
| DAN M | A-DES | OTHER AUTH ABSENCE RETURN | 11-09-2021 | 11-18-2021 |
| DAN M | A-DES | OTHER AUTH ABSENCE RETURN | 10-12-2021 | 11-09-2021 |
| DAN M | A-DES | TRANSFER RECEIVED | 08-27-2020 | 10-12-2021 |
| RBK   | A-DES | OTHER AUTH ABSENCE RETURN | 06-20-2019 | 08-27-2020 |
| RBK   | A-DES | OTHER AUTH ABSENCE RETURN | 06-05-2019 | 06-20-2019 |
| RBK   | A-DES | OTHER AUTH ABSENCE RETURN | 05-31-2019 | 06-03-2019 |
| RBK   | A-DES | OTHER AUTH ABSENCE RETURN | 05-20-2019 | 05-31-2019 |
| RBK   | A-DES | US DISTRICT COURT COMMITMENT | 02-20-2019 | 05-19-2019 |

### Current Care Assignments

| Assignment | Description | Start |
|------------|-------------|-------|
| CARE1-MH | CARE1-MENTAL HEALTH | 03-19-2019 |
| CARE2    | STABLE, CHRONIC CARE | 07-07-2020 |

### Current Medical Duty Status Assignments



**Summary Reentry Plan - Progress Report**

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: HOWELL, RUFUS  16633-014

SEQUENCE: 00299849
Report Date: 04-13-2022

| Assignment | Description | Start |
|---|---|---|
| ATH RESTR | NO SPORTS/NO WEIGHT LIFTING | 05-20-2019 |
| C19-RCVRD | COVID-19 RECOVERED | 01-08-2022 |
| LOWER BUNK | LOWER BUNK REQUIRED | 02-11-2021 |
| NO PAPER | NO PAPER MEDICAL RECORD | 02-21-2019 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 02-20-2019 |
| YES F/S | CLEARED FOR FOOD SERVICE | 03-23-2022 |

### Current PTP Assignments

| Assignment | Description | Start |
|---|---|---|
| RSW WAIT | RESOLVE WORKSHOP WAITING | 06-14-2022 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP FAIL W | RESIDENT DRUG TRMT FAIL-WITHDR | 04-23-2021 |
| ED EXEM | DRUG EDUCATION EXEMPT | 10-24-2019 |
| INELIGIBLE | 18 USC 3621 RELEASE INELIGIBLE | 03-02-2020 |
| NR COMP | NRES DRUG TMT/COMPLETE | 10-02-2019 |

### Physical and Mental Health Summary

Inmate has been classified as a Care Level 2 Medical and a Care Level 1 Mental Health. He has no medical restrictions and has been cleared for Food Service. He has no mental health abnormalities. He should be considered employable upon release from custody.

### FRP Payment Plan

Most Recent Payment Plan

**FRP Assignment:** **COMPLT**    **FINANC RESP-COMPLETED**    **Start: 04-19-2019**

Inmate Decision: **AGREED**    $200.00    Frequency: **SINGLE**
Payments past 6 months:  $0.00    Obligation Balance: $0.00

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 2 | ASSMT | $200.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |

### Financial Responsibility Summary

Inmate Howell has paid his Court imposed criminal monetary penalties in full.

### Release Planning

Inmate Howell has indicated he will reside with his mother, Gwendelyn Allen, in East Hartford, Connecticut. He is being recommended for 151-180 days RRC placement.

### General Comments

No additional comments.