INMATE NAME/NUMBER: Rufus Howell #16633-014
FEDERAL CORRECTIONAL COMPLEX-ALLENWOOD  Med
P.O. BOX 2000
WHITE DEER, PA 17887



Office of The Clerk
United States District Court
915 LaFayette Blvd.
Bridgeport, CT. 06604

c/o Judge Stefan R. Underhill

0660434768 C025