# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : **CRIMINAL NO.: 3:17-CR-151(SRU)** |
| **VS.** | |
| **RUFUS HOWELL** | : **DECEMBER 1, 2022** |

### DEFENDANT-PETITIONER'S UPDATE REGARDING HIS MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)(i).

Comes now Rufus Howell, by and through undersigned counsel and pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), who respectfully renews his last request that his term of imprisonment be discharged and/or converted into a term of supervised release.

**The Recent Request from Mr. Allen**

Recently, Mr. Howell's brother filed a correspondence with the Court, which indicated that Mr. Howell's chronic kidney disease ("CKD") continues to wreak havoc on his person. As a result, this Court requested that the undersigned obtain updated medical information to better ascertain Mr. Howell's current medical status.

**The Second Circuit Appeal**

Mr. Howell is in the process of trying to withdraw his pending appeal with the Second Circuit Court of Appeals under docket number 21-1509.

**The Updated Medical Records**

In January of this year Mr. Howell complained of "flank pain" and "difficulty urinating." In February, Mr. Howell received a renal ultrasound that appeared to show no additional damage or deterioration of his liver. However, in March 2022, Mr. Howell continued to complain of abdominal and flank pain. It appears that Mr. Howell's complaints were twofold: first, he was concerned that his dizziness, fast heart rate, and stomach pain could be side effects from his current medications; and second, he feared that these pains were from his worsening CKD as he stated

"I'm not feeling right, I'm always in pain." Simultaneously, Mr. Howell's creatine levels remained "abnormal" and that his GFR[1] remained below 60 (on January 5, 2022 – his GFR was 57; on March 8, 2022, his GFR was 46; and on April 5, 2022, his GFR was 48). The March records calculate Mr. Howell's condition as "unspecified abdominal pain," and constipation.

These March records also specify that Mr. Howell requires a nephrology consult. This is bolstered by the notes from Mr. Howell's April 7, 2022 visit which indicate that Mr. Howell "will be seen back to discuss" his CKD condition. Other than one entry for a shin problem in August, Mr. Howell was not seen again for his CKD until his condition took a serious downturn. On September 1st, Mr. Howell complained of abdominal pain, right lower quadrant pain, and right flank pain that began the prior evening. He iterated that his pain was twelve on a scale of one to ten (12/10). On this same date, Mr. Howell was rushed to a local hospital, University of Pittsburgh Medical Center (hereinafter "UPMC") to assess his medical condition.

While at UPMC, Mr. Howell complained of right upper and lower quadrant pain that radiated into his lower back. Mr. Howell also complained of abdominal pain that felt different than prior occasions, and that he also felt constipated. The UPMC records indicate Mr. Howell had CKD stage 3a, constipation – unspecified, and essential hypertension.

**The Pains and Symptoms of CKD stage 3**

When a person has CKD stage three, there are certain telltale signs, which include urinating less often, and having a urine that is foamy or darker than usual.

https://www.kidneyfund.org/all-about-kidneys/stages-kidney-disease/stage-3-chronic-kidney-

---

[1] Glomerular Filtration Rate ("GFR") is the measurement used to determine kidney function. Knowing your GFR score enables your physician to figure out the stage of your kidney disease and plan the best possible treatment. A GFR between 30 – 59 indicates CKD stage 3. https://www.upmc.com/services/transplant/kidney-pancreas/glomerular-filtration-rate-calculator?&?utm_mrid=mrid0702&utm_source=GOOGLE&utm_medium=cpc&utm_campaign=71700000037477855&utm_adgroup=58700004162372724&utm_term=gfr+score&utm_advertiserid=700000001755088&gclid=Cj0KCQiAweaNBhDEARIsAJ5hwbdA0aRGn5A8BYyI6StvSmX0bT8BSWC7FhdeP2cmZBIEo-_ppaDs1cgaAstSEALw_wcB&gclsrc=aw.ds.

disease-cdk#what-are-the-symptoms-of-stage-3-cdk. Additionally, a person with CKD 3 may experience pain in the lower back. Id. Kidney pain normally manifests itself as a "one-sided ache in your upper abdomen, side, or back." https://www.mayoclinic.org/symptoms/kidney-pain/basics/definition/sym-20050902. Kidney pain is normally felt in your "sides, back, belly or groin." https://my.clevelandclinic.org/health/symptoms/17688-kidney-pain#:~:text=Most%20of%20the%20time%2C%20kidney,your%20back%20than%20kidney%20pain. Kidney pain can also be mistaken for back or abdominal pain, and may radiate into other areas such as the abdomen or groin. Id. Finally, it bears noting that constipation is prevalent in those with CKD. https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7646105/.

The records clearly show that Mr. Howell has CKD 3, and continues to suffer from this debilitating condition. Over nine (9) months ago Mr. Howell began experiencing right flank pain and difficulty urinating, both clear indicators of his advanced CKD condition. However, the care he received thereafter does not reflect much, if any, treatment for this condition. Two months later, he again complained of abdominal pain and also constipation. Again, these are telltale signs of CKD 3.  He tried to explain his condition, "I'm not feeling right, I'm always in pain." Yet, it appears he did not receive any further treatment until he reported to the sick call again with pain that was twelve (12) on a scale of one (1) to ten (10). He was rushed to UPMC and they found he had CKD stage 3a, unspecified constipation, and essential hypertension[2].

**Analysis – Let's Finally Allow Mr. Howell to Get the Proper Medical Care He Deserves**

Mr. Howell is currently housed at U.S.P. Allenwood, in Allenwood,  Pennsylvania  with a projected release date of July 28, 2023. He surrendered on February 20, 2019, and he has served nearly four years of his sentence. As of the drafting of this Update, Mr. Howell has served nearly eighty percent (80%) of his sentence. Additionally, the attached BOP records indicate that Mr.

---

[2] It bears noting that Mr. Howell's blood pressure readings consistently evidence that he is hypertensive, which is also part of his CKD 3 condition and can be dangerous in and of itself.

Howell has amassed numerous credits towards his release to an R.R.C. or home confinement. Unfortunately, he is not receiving credit for the majority of these days. Thus, if he were given this credit, then he would soon be releasable. This is another reason that the Court should grant this Motion.

Mr. Howell presented to the B.O.P. over three years ago with no kidney issues and he has quickly progressed to CKD stage 3 and may need dialysis or a kidney transplant. What is clear from the old records, and what cries out from the updated records, is Mr. Howell's inability to obtain the proper medical care for his CKD that he desperately needs. Extraordinary and compelling reasons thus support a reduction in the remaining part of his jail sentence, which is a prudent response to the current situation that protects his health in a manner that continued placement at U.S.P. Allenwood, another Bureau of Prisons facility, or an R.R.C. cannot.

Assistant U.S. Attorney Brian Leaming objects to the requested reduction.

WHEREFORE, Mr. Howell  respectfully requests that the Court grant the requested reduction in sentence.

Respectfully Submitted,
THE DEFENDANT,
RUFUS HOWELL
BY: ___/s/_____
STEVEN B. RASILE
681State Street
New Haven, CT 06511
Tel(203) 777-7755
Bar Id No.: ct23228
Steve@zcrlaw.com

## CERTIFICATION

Pursuant to the Court's designation of this matter as an electronically filed case, and in accordance with the requirements for certification of service in such cases, the undersigned

4

certifies that the foregoing document was filed electronically on the 1st day of December 2022.

Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing

system. Parties may access this filing through the Court's system.

BY:   ____/s/*Steven B. Rasile*_____
               Steven B. Rasile